UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Plaintiff, <br><br> v. <br><br> KAMARU R. CLAGGION, *et al.*, <br><br> Defendants. | CASE NO. C11-0276-MJP <br><br> ORDER OF DISMISSAL |

The Court, having reviewed plaintiff's proposed complaint, the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler, Plaintiff's objections (Dkt. No. 3), and the remaining record, does hereby ORDER:

(1) The Report and Recommendation is ADOPTED;

(2) This matter is DISMISSED;

(3) Plaintiff's application to proceed *in forma pauperis* and his motion to appoint counsel are DENIED; and

\\

\\

ORDER OF DISMISSAL
PAGE -1

(4) The Clerk shall close this case and send a copy of this Order to plaintiff and to Judge Theiler.

DATED this 18th day of March, 2011.

Marsha J. Pechman
United States District Judge

ORDER OF DISMISSAL
PAGE -2